FILED 3 JUL '23 11:22USDC-ORP



# UNITED STATES DISTRICT COURT

for the

District of Oregon

Civil Division

Michael W. Ongley

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Delores Matteucci, Supt.
Oregon State Hospital
Dr. Sethi
Oregon State Hospital

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 6:23-cv-00982-YY

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Michael W. Ongley

All other names by which you have been known: 

ID Number: 84075

Current Institution: Oregon State Hospital

Address: 2600 Center St. N.E.

Salem | Or. | 97301

City | State | Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Dr. Sethi

Job or Title *(if known)*: psychiatrist

Shield Number: 

Employer: Oregon State Hospital

Address: 2600 Center St. NE.

Salem | Or. | 97301

City | State | Zip Code

☐ Individual capacity ☐ Official capacity

Defendant No. 2

Name: 

Job or Title *(if known)*: 

Shield Number: 

Employer: 

Address: 

City | State | Zip Code

☐ Individual capacity ☐ Official capacity

Defendant No. 3

Name ______

Job or Title *(if known)* ______

Shield Number ______

Employer ______

Address ______

______ ______ ______
*City* *State* *Zip Code*

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name ______

Job or Title *(if known)* ______

Shield Number ______

Employer ______

Address ______

______ ______ ______
*City* *State* *Zip Code*

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

______

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☒ Other *(explain)* Oregon State Hospital G.E.I.

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Oregon State Hospital Unit Bridge 1
3-11-20-8-5-22

C. What date and approximate time did the events giving rise to your claim(s) occur?

3-11-20 8-5-22

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attached

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have been hospitalized 2.5 years longer than I should have.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1 Million

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [x] Yes
- [ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Oregon State Hospital

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [x] Yes
- [ ] No
- [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [x] Yes
- [ ] No
- [ ] Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [x] Yes
- [ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- [ ] Yes
- [ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

   Oregon State Hospital

2. What did you claim in your grievance?

   Same

3. What was the result, if any?

   pending

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Not responded to me

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

- [ ] Yes
- [x] No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ________________

   Defendant(s) ________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   - [ ] Yes
   - [ ] No

   If no, give the approximate date of disposition. ________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? NO

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) __________

   Defendant(s) __________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   __________

3. Docket or index number

   __________

4. Name of Judge assigned to your case

   __________

5. Approximate date of filing lawsuit

   __________

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition __________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   __________

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-28-23

Signature of Plaintiff: MO
Printed Name of Plaintiff: Michael W. Ongley
Prison Identification #: O.S.H. 84075
Prison Address: O.S.H

*City* *State* *Zip Code*

### B. For Attorneys

Date of signing: __________

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

*City* *State* *Zip Code*

Telephone Number
E-mail Address

My name is Michael Ongley I am a psychiatric Survivor at the Oregon State Hospital when I first got to the hospital on 1-7-20 I was put on Bird 1 under psychiatrist Dr.Jobe I was put on two medications remeron and lithium which over a period of time causes serotonin syndrome. Dr. Jobe on bird one first gave me these drugs without any prescription paperwork I was only on the unit from 1-7-20 to 3-11-20 I was then transferred to bridge one under Doctor Sethi's care for 8 months he didn't realize what medications I was on until I had a Serotonin syndrome reaction, he too did not give me prescription paperwork on these medications. I was in the process of getting out of the hospital at 10 months I then started to act dysfunctional due to Serotonin Syndrome Symptoms

- Agitation or restlessness.
- Insomnia.
- Confusion.
- Rapid heart rate and high blood pressure.
- Dilated pupils.
- Loss of muscle coordination or twitching muscles.
- High blood pressure.
- Muscle rigidity.

Other symptoms using lithium together with mirtazapine [remeron] may increase side effects such as dizziness, drowsiness, confusion, and difficulty concentrating. Some people, especially the elderly, may also experience impairment in thinking, judgment, and motor coordination.

http://www.drugs.com > drug-interactions > lithium-wi...

Everything underlined I experienced. I was not manic or depressed. When I went into a meeting with psychiatrist Doctor Sethi, psychologist Dr. Connor, social worker Leslie and one of the head nurses. Dr Sehti then opened a folder and told me well it looks like you're on two of the wrong medications that don't work together he did not explain one reason why these two medications do not interact together what he did was ignore the fact to explain why these two medications are not supposed to be taken together to me or anybody else in the room. He basically was hiding the fact that these two medications could cause the problems which I have written above.He did not want to look like he was guilty of something he did wrong he basically tried to sweep it under the carpet. This first serotonin syndrome symptom was at the same time I was transitioning out of the hospital. I had a risk review set up and I was optimistic about

things moving forward and getting out at about 16 months.This is when I first figured out they do not give you prescription paperwork on anything unless you ask even then I asked a nurse one time to get me a prescription on a certain medication and Molly denied me any prescription paperwork as well as the use of the 2021 2022 prescription medical book and her answer was that I had to go to college to look up any of your prescription medications. Dr. Sethi, after reading in the folder that lithium and Remeron should not be taken together, quickly closed the folder and proceeded to quickly read off Three New medications so as to get me out of the room as quickly as possible to make it look like he did nothing wrong. So he read off as quickly as possible it looks like I'm going to put you on Depakote, Risperidone, Invega, and Lyrica for your nerve damage.Then he got me out of the office and said that will be all.While going through this Serotonin syndrome reaction my mind could not understand why I wasn't given any Prescription paperwork on the new medications let alone lithium and Remeron I could not understand the reasoning behind this Medical malpractice Practice Dr. Sethi the Psychiatrist or a nurse was negligent on giving me any information about these medications.At this time I was being traumatized by having to advocate and do everything on my own, my mind was going into overdrive obsessed with how the hospital operates with giving medications out without any information on what the medication is milligrams, side effects, or any paperwork. I then got a hold of Kathy, another nurse for the prescription medication paperwork on lithium. She then printed out one single piece of paper on lithium. I methodically read the whole thing mind you this is when I was going through the tail end of my first Serotonin syndrome reaction, when I read this paper it did not show one side effect that it would have.I then had this embedded in my mind I do not have to worry about anything with lithium side effects besides remeron.I then researched Depakote, Risperidone, and Invega after extensive research it was obvious I did not need to be on any of these medications.I had to diligently tell Dr. Sethi that I do not want to be on any of these medications, this is the first series of drugs he put me on I believe was unnecessary, to say the least.After painstaking weaning off these drugs I was just taking lithium for about 8 months having embedded in my brain there were no side effects when in reality there are quite a few, but the one that gave me a second reaction was when I drank coffee that my roommate gave me at the same time I just took my lithium.I was getting ready for risk review for the second time feeling optimistic about the future for the second time when Bam I go into a full-blown manic episode I don't sleep four out of six nights.When I was laid up mentally out of it mind you I can still read Dr. Sethi started putting me on Seroquel and

Klonopin once again, I was never given a chance to understand what was going into my body.I was put on Zyprexa from 7-2020 to 11-2020. After I was put on Zanaflex from 9-20 to 10-20.I was also put on Ambien from 8-2021 to 9-12-21 once again I was not given one shred of Medical paperwork on 9 different medications I Had to Advocate for myself.Remron and a thyroid medication are the last two I received with nothing to give me any information. I have new information on how I was taken off the PSRB, therapeutic dog job, off-ground pass, and reversed transferred for no other reason than the fact Dr. Sehti came to my room and told me there's an attorney on the phone for me.He then put 2 and 2 together and then just wanted me out of his way and used his power to reverse transfer me so I could not get the resources in the Hospital to sue for multiple reasons punitive, monetary, pain, suffering, traumatized, and wrongful incarceration you name it. Dr. Sethi basically retaliated against me.I am an entrepreneur working on multiple patents sitting in the hospital for alleged allegations.There is no way I can make up for the lost time that should have never happened in the first place.All I need is a psychiatrist to sign off my tort claim with deviation from the standard of care. Then I have a couple of attorneys that would pick up the case.This is more than just a negligence case as you can tell.I Have a major amount of anxiety due to all this unnecessary stuff that has happened to me B I have been put on Klonopin which I and my psychologist knows I should never be put on.I have a bunch of nurses and Doctors if need be to subpoena and a lot of hard truth would be told on my behalf.I'm trying my hardest not to leave a single thing out of the whole picture there's more I will fill you in on later.

What are the common causes of medical errors?

Common causes of **medication error include incorrect diagnosis, prescribing errors,** dose miscalculations, **poor drug distribution practices**, drug, and drug device-related problems, **incorrect drug administration, failed communication, and lack of patient education.**

What is the greatest cause of medication error in healthcare?

The most common causes involve **workload, similar drug names, interruptions, lack of support staff, insufficient time to counsel patients, and illegible handwriting. To minimize distractions, hospitals have introduced measures to reduce medication errors. Feb** 26, 2023

What are three common medical errors?

Among the problems that commonly occur during providing health care are adverse **drug events** and improper transfusions, misdiagnosis, **under and overtreatment,** surgical injuries and wrong-site surgery, suicides, restraint-related injuries or death, falls, burns, pressure ulcers, and mistaken patient identities.
National Institutes of Health (.gov)

https://www.ncbi.nlm.nih.gov › books › NBK430763

**Communication Problems**

Communication breakdowns are the most common causes of medical errors. Whether verbal or written, these issues can arise in a medical practice or a healthcare system and can occur between a physician, nurse, healthcare team member, or patient. Poor communication often results in medical errors.

https://alwaysculture.com › communication-medications

Dr. Sethi never once communicated to his nursing staff to give me any medical prescription paperwork, let alone do it himself.

Why must clear documentation be available for medication given?

Good record-keeping protects people receiving medicines support and their care workers. Social care providers must maintain secure, accurate, and up-to-date records about medicines.

Dietary changes particularly those containing caffeine and salt, may affect lithium levels and increase your risk of developing lithium toxicity.

With the lithium-caffeine drug interaction, caffeine ultimately reduces the blood levels of lithium. If caffeine intake increases, this could potentially lead to treatment failure and the patient having a return of bipolar symptoms.Nov 5, 2017

Med Ed 101

https://www.meded101.com › lithium-caffeine-drug-inte-

.

Why is it important to give patients information on medicines supplied to them?

Patients require information to help them use their medicines safely and effectively and to facilitate an understanding of the possible harms and benefits of treatment.

This has caused me major anxiety just to relive and write this paper. I am disgusted at the fact I have to do all this work without any help at all. Dr. Conner himself told me Dr. Sehti has too much of a workload. The others include all underlined.
I spoke with Dr. A, my new psychiatrist, about the information on what I did to deserve being taken off the Group Home, PSRB, therapeutic dog job, off-grounds pass, and to be reversed transferred. She gave me some paperwork that stated something to the extreme that I was complaining about the computers being taken away. There is a thing called Freedom of Speech. I am upset at the lack of information I received from Dr. A. I feel the information is being withheld from me. I want not just the information from Dr. Sethi but from every nurse who wrote anything about me. It's a process to get this done that's all I know but I'm not one to give up. I still need to get more documents from psychiatrists, nurses, and staff about the alleged reasons Dr. Sethi had the need to do this to me. Being put on Risperidone, Depakote, Invega, Seroquel, Zyprexa, Ambien, Klonopin, Remeron, and a thyroid medication that I never needed in the first place was very traumatic and overmedicated is an understatement. The worst medication klonopin is the most addictive and hardest and the last pill I need to wean off of. It's going to take a whole year. I am disgusted with all the pills let alone Klonopin which I never should have been put on. Besides the Mal-Practice , negligence,14th amendment,and 8th amendment I have spent an extra 1.5 years of my life inside OSH and have yet to spend another 8 months to a year. This has added to anxiety, trauma, pain, and suffering amongst other psychological disorders.All this extra time is due to Dr. Sehti and his staff who as of 8-3-22 when I got reversed transferred changed the way they give out medical prescription paper work.He knew I was going to sue the hospital and what for so he basically moved me like a chess peice so I took the hit to change his Doctrine.

I was on Bridge 1 when a patient Parker came into my room and started a physical fight with me. I got out of him being on top of me and yelled for staff to get him away from me. After this I told staff he was bullying multiple other people and that I don't feel comfortable around him. He needs to go to another unit Dr. Sethi did nothing about it. They did nothing about it until it was to late and Parker beat the hell out of Matthew Buckley. I also had to be locked in my own room at night until they finally reversed transferred him off the unit.

Why did it take so long for Dr. Sethi to reverse transfer him?

I don't understand why I went through what I went through if there is a word it is retaliation.

Mike Ongley
2600 Center St. N.E.
Salem, Or. 97301

quadient
FIRST-CLASS MAIL
IMI
$001.74 º
06/29/2023 ZIP 97301
043M31228317
POSTAGE

1000 S.W. 3rd Ave.
#740 Portland, Or. 97204